FILED
CLERK, U.S. DISTRICT COURT
APR 12 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR NOE HERNANDEZ, ) <br> ) <br> Defendant. ) | Case No. 2:18-cr-00892-AB <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the  Central Dist. of CA  involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. (X) the appearance of defendant as required; and/or

   B. (X) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (x) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: Instant offense allegations; criminal history

B. (x) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: instant offense allegations; criminal history

IT IS ORDERED that defendant be detained.

DATED: April 12, 2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge